■ ACQUEST WEHRLE, LLC, Respondent, v TOWN OF AMHERST, Appellant. (Appeal No. 2.) [10 NYS3d 481]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered November 26, 2013. The order awarded plaintiff attorney's fees.

It is hereby ordered that said appeal is unanimously dismissed without costs (see *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.